

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00436-CV

| | | |
|---|---|---|
| STEDFAST BAPTIST CHURCH, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-327677-21) |
| | § | October 20, 2022 |
| FELLOWSHIP OF THE SWORD, INC., Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Fellowship of the Sword, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell  
       Justice Wade Birdwell